AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Newport News Division



FILED
APR - 6 2009
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

MICHAEL THOMPSON

Defendant

Case Number:   4:08CR00125-001

USM Number:   58408-083

Defendant's Attorney: Arenda Wright-Allen
Assistant Federal Public Defender

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count One (1) in the Indictment.

Accordingly, the defendant is adjudged guilty of the following count involving the indicated offense:

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| T. 21 U.S.C., Sections 841(a)(1) and (b)(1)(B) | Possess With Intent to Distribute Cocaine Base | Felony | July 22, 2008 | One (1) |

On motion of the United States, the Court has dismissed the remaining counts in the indictment.

As pronounced on March 31, 2009, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 6th day of April, 2009.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

Case Number: 4:08CR00125-001
Defendant's Name: MICHAEL THOMPSON

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned for a term of ONE HUNDRED TWENTY (120) MONTHS.**

The Court makes the following recommendations to the Bureau of Prisons:
  The defendant would benefit from a substance abuse treatment program, if available, and
  The defendant shall obtain his General Equivalency Diploma while incarcerated.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to _____

at_____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case Number:      4:08CR00125-001
Defendant's Name: MICHAEL THOMPSON

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **EIGHT (8) YEARS.**

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:
1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
    Sheet 3A - Supervised Release

Page 4 of 6

---

Case Number:     4:08CR00125-001  
Defendant's Name:     MICHAEL THOMPSON

## SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1) The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within fifteen (15) days of release on supervised release and at least two (2) periodic drug tests thereafter, as directed by the Probation Officer.

2) If, at any time, the defendant tests positive for the use of any controlled substance or abuse of alcohol, the defendant will be required to enroll in and successfully complete a substance abuse treatment program, whether it be residential or out-patient, is to be determined by the Probation Officer, with partial costs assessed against the defendant.

3) The court orders the defendant to pay the sum of TWO HUNDRED AND NO/100 ($200.00) DOLLARS per month for the support of each of his two children, until a court of competent jurisdiction makes an award for the benefit of the children. The Court reserves the right to modify the Court's order if the defendant lives with and supports either of the children.

4) The defendant shall obtain a General Equivalency Diploma while confined and, if he fails to do so, he shall obtain same while on supervised release.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
    Sheet 3A - Supervised Release

Page 4 of 6

Case Number:     4:08CR00125-001  
Defendant's Name:     MICHAEL THOMPSON

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  Page 5 of 6
      Sheet 5 - Criminal Monetary Penalties

Case Number:      4:08CR00125-001
Defendant's Name:   MICHAEL THOMPSON

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One (1) | $100.00 | $0.00 | $0.00 |
| **TOTALS:** | **$100.00** | **$0.00** | **$0.00** |

## FINES

No fines have been imposed in this case.

The Court waives the cost of prosecution, incarceration and supervised release.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  Page 6 of 6
Sheet 6 - Schedule of Payments

Defendant's Name: MICHAEL THOMPSON
Case Number: 4:08CR00125-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be due in full immediately and, if not, then it is to be deducted from the defendant's prison account in accordance with the rules and regulations applicable to such accounts.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.